AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JOHNSON JR., HERMAN N. | NORTHERN DISTRICT OF ALABAMA | 08/10/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES MAGISTRATE JUDGE | ☐ Nomination   Date <br> ☑ Initial   ☐ Annual   ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 07/31/2017 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT
101 HOLMES AVENUE, N.E.
HUNTSVILLE, AL 35801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PROFESSOR OF LAW, ASSOCIATE PROFESSOR OF LAW | SAMFORD UNIVERSITY - CUMBERLAND SCHOOL OF LAW |
| 2. | VICE-PRESIDENT | ALABAMA CENTER FOR LAW AND CIVIC EDUCATION |
| 3. | ADMINISTRATOR | JUDGE JAMES EDWIN HORTON AMERICAN INN OF COURT |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016-2017 | Samford University salary for services during the nine-month academic year 2016-2017; salary administered over 12-month period, ending August 31, 2017. |
| 2. | 2010-2017 | Samford University 403(b) retirement plan, managed by Fidelity Investments. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON JR., HERMAN N. | 08/10/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Samford University - Associate Professor Salary | $111,718.10 |
| 2. 2016 | Samford University - Associate Professor Salary | $128,124.08 |
| 3. 2017 | Samford University - Associate Professor Salary | $65,966.32 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | U.S. Attorney's Office - Northern District of Alabama; AUSA Salary |
| 2. 2016 | U.S. Attorney's Office - Northern District of Alabama; AUSA Salary |
| 3. 2017 | U.S. Attorney's Office - Northern District of Alabama; AUSA Salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | EXEMPT | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON JR., HERMAN N. | 08/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | EXEMPT | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON JR., HERMAN N. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 403b (H) | | | | | Exempt | | | | |
| 2. - FIDELITY: FID 500 INDEX PR | D | Dividend | M | T | | | | | |
| 3. - DFA GLOBAL EQUITY PORTFOLIO INSTITUTIONAL CLASS | B | Dividend | L | T | | | | | |
| 4. - FIDELITY: FID MID CAP IDX PR | B | Dividend | L | T | | | | | |
| 5. - FIDELITY: SM CAP IDX PR | B | Dividend | K | T | | | | | |
| 6. - FIDELITY: FID GBL XUS IDR PR | A | Dividend | K | T | | | | | |
| 7. - T. ROWE PRICE: TRP INTL VALUE EQ | A | Dividend | K | T | | | | | |
| 8. FIRST BANK OF TENNESSEE CASH ACCOUNT | | None | M | T | | | | | |
| 9. CITIBANK CASH ACCOUNT | A | Interest | L | T | | | | | |
| 10. FIRST COMMERCIAL CASH ACCOUNT | | None | J | T | | | | | |
| 11. WALT DISNEY CO COM | A | Dividend | J | T | | | | | |
| 12. PEPSICO INC COM | A | Dividend | J | T | | | | | |
| 13. UNITED PARCEL SERVICE CL B | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON JR., HERMAN N. | 08/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON JR., HERMAN N. | 08/10/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HERMAN N. JOHNSON JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544